Summons in a Civil Action (Rev 11/97)

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Saim Bashir

vs

Michael Chertoff, Secretary,
Emilio Gonzalez, Director,
Paul Pierre, District Director,
Department of Homeland Security
and Michael B. Mukasey,
Attorney General

FILED
2008 JUL 18 AM 11:30
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
                          DEPUTY

**SUMMONS IN A CIVIL ACTION**

Case No.

'08 CV 1293 JLS NLS

TO: (Name and Address of Defendant)

YOU ARE HEREBY SUMMONED and required to file with the Clerk of this Court and serve upon PLAINTIFF'S ATTORNEY

Robert A. Mautino
Mautino and Mautino
1059 10th Avenue
San Diego, CA 92101

(619) 235-9177

An answer to the complaint which is herewith served upon you, within ___60___ days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

W. Samuel Hamrick, Jr.

CLERK
J. PARIS

JUL 18 2008

DATE

By _____, Deputy Clerk

Summons in a Civil Action

Page 1 of 2

::ODMA\PCDOCS\WORDPERFECT\14443\1 May 5, 1999 (11:34am)