Robert A. Mautino
Mautino and Mautino
California State Bar No. 54071
1059 10th Avenue
San Diego, CA 92101
Telephone: (619) 235-9177
E-Mail: bob@mautino.org

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Saim Bashir, | ) |
| | ) No. 08-cv-1293 JLS (NLS) |
| Plaintiff | ) |
| | ) |
| -vs- | ) VOLUNTARY DISMISSAL OF ACTION |
| | ) |
| Michael Chertoff, et al., | ) |
| | ) |
| Defendants | ) |

   WHEREAS, the Plaintiff complained in his action that the Defendants had delayed unreasonably the adjudication of his application for naturalization, and

   WHEREAS, the Defendants' counsel has reported to counsel herein that the application in question has now been approved and the Plaintiff admitted to citizenship, and

   WHEREAS, Plaintiff's counsel accepts the representations of Defendants' counsel to the effect that the application has been approved, and

   WHEREAS, this matter is now moot, and

   WHEREAS, Defendants have not answered the complaint or otherwise appeared in this action,

   NOW, THEREFORE, the Plaintiff, through counsel, voluntarily dismisses this action

pursuant to rule 41(a)(1) of the Federal Rules of Civil Procedure.  The Clerk is requested to enter said dismissal in the records of the District Court.


Dated:  September 7, 2008                             s/Robert A. Mautino
                                                      Robert A. Mautino
                                                      Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| Saim Bashir, | ) | |
| | ) | |
| Plaintiff | ) | No. 08-cv-1293 JLS (NLS) |
| | ) | |
| -vs- | ) | |
| | ) | CERTIFICATE OF SERVICE |
| Michael Chertoff, et al., | ) | |
| | ) | |
| Defendants | ) | |
| _____ | ) | |

IT IS HEREBY CERTIFIED THAT:

I, Robert A. Mautino, am a citizen of the United States and am at least eighteen years of age. My business address is 1059 10th Avenue, San Diego, CA 92101.

I am not a party to the above-entitled action. I have caused service of VOLUNTARY DISMISSAL OF ACTION on the following parties by electronically filing the foregoing with the Clerk of the District court using its ECF System, which electronically notifies them.

Karen P. Hewitt, United States Attorney
Megan Callan, Assistant United States Attorney
Counsel for Defendants
E-Mail: Megan.Callan@usdoj.gov

I hereby certify that I have caused to be mailed the foregoing by the United States Postal Service to the following non-ECF participants on this case: None, the last known address at which place there is delivery service of mail from the United States Postal Service.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 7, 2008

                                                                                        s/Robert A. Mautino
                                                                                        Robert A. Mautino

Case 3:08-cv-01293-JLS-NLS    Document 3    Filed 09/07/2008    Page 4 of 4